UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN R. RABY,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>C. KOENIG, Warden,<br><br>　　　　Respondent. | Case No. 19-cv-05220-YGR (PR)<br><br>**ORDER DENYING PETITION FOR A WRIT OF HABEAS CORPUS; AND DENYING CERTIFICATE OF APPEALABILITY** |

Petitioner has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254 claiming that his constitutional rights were violated in connection with a decision by the California Board of Parole Hearings ("Board") in denying him parole on March 29, 2018. Petitioner specifically claims that the decision does not comport with due process because it is not supported by "some evidence" demonstrating that he poses a current unreasonable threat to the public.

A prisoner subject to California's parole statute receives adequate process when he is allowed an opportunity to be heard and is provided with a statement of the reasons why parole was denied. *Swarthout v. Cooke*, 562 U.S. 216, 220 (2011). The allegations in the petition show Petitioner received at least this amount of process. Dkt. 1 at 14-27.[1] The Constitution does not require more. *Swarthout*, 562 U.S. at 220.

Whether the Board's decision was supported by some evidence of current dangerousness is irrelevant in federal habeas. The Supreme Court has made clear that "it is no federal concern . . . whether California's 'some evidence' rule of judicial review (a procedure beyond what the Constitution demands) was correctly applied." *Id.* at 221.

---

[1] Page number citations refer to those assigned by the Court's electronic case management filing system and not those assigned by Petitioner.

For the foregoing reasons, the petition for a writ of habeas corpus is DENIED. Pursuant to Rule 11 of the Rules Governing Section 2254 Cases, a certificate of appealability under 28 U.S.C. § 2253(c) is DENIED because it cannot be said that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Petitioner may seek a certificate of appealability from the Ninth Circuit Court of Appeals.

Petitioner's application to proceed *in forma pauperis* is GRANTED. Dkt. 9.

The Clerk of the Court shall terminate all pending motions and close the file.

IT IS SO ORDERED.

Dated: March 24, 2020

_____
YVONNE GONZALEZ ROGERS
United States District Judge