UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN R. RABY,<br><br>   Petitioner,<br><br> v.<br><br>C. KOENIG, Warden,<br><br>   Respondent. | Case No. 19-cv-05220-YGR (PR)<br><br>**JUDGMENT** |

  For the reasons set forth in this Court's Order Denying the Petition for a Writ of Habeas Corpus; and Denying Certificate of Appealability, judgment is hereby entered in favor of Respondent. Each party shall bear his own costs.

  IT IS SO ORDERED.

Dated: March 24, 2020

_____
YVONNE GONZALEZ ROGERS
United States District Judge